*RECOMMENDED FOR FULL-TEXT PUBLICATION*
Pursuant to Sixth Circuit Rule 206

File Name: 09a0162p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT
_____

DARRYL A. ROBINSON,

     *Plaintiff-Appellant,*

    *v.*

No. 09-1119

UNKNOWN LIVINGSTON,

     *Defendant-Appellee.*

Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.
No. 08-00964—Robert Holmes Bell, District Judge.

Filed: April 29, 2009

Before: BOYCE F. MARTIN, JR., Circuit Judge.

_____

**ORDER**
_____

This court entered an order on February 6, 2009, directing the appellant to show cause within twenty-one days why the appeal should not be dismissed for failure to comply with Fed. R. App. P. 4(a). The appellant failed to respond.

The documents before this court reflect that the decision of the district court was entered on December 12, 2008. The time for filing a notice of appeal runs from entry of the judgment. *See* Fed. R. App. P. 4(a)(1). Because no separate judgment was entered by the district court as required by Fed. R. Civ. P. 58(a)(1), the judgment is treated as filed 150 days after entry of the decision. *See* Fed. R. App. P. 4(a)(7)(A)(ii). Accordingly, the notice of appeal was timely filed on January 14, 2009. *See* Fed. R. App. P. 4(a), and 26(a).

It is ordered that the show cause order is withdrawn.

ENTERED BY ORDER OF THE COURT

/s/ Leonard Green
_____

Clerk

1